**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Cesar CERVANTES–JUAREZ, Defendant—Appellant.**

**No. 04–10670.**

**D.C. No. CR–04–01084–JMR.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Decided March 14, 2006.

Jennifer Jean Maldonado, U.S. Attorney's Office, Tucson, AZ, for Plaintiff–Appellee.

Harold L. Higgins, Jr., Esq., Law Office of Harold L. Higgins Jr., Tucson, AZ, for Defendant–Appellant.

Before CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Cesar Cervantes–Juarez appeals from his guilty plea conviction and 63–month sentence imposed for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Cervantes–Juarez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Cervantes–Juarez has not filed a pro se supplemental brief.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Cervantes–Juarez knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir.2005) (noting that the changes in sentencing law imposed by *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

Counsel's motion to withdraw is GRANTED, and the appeal is DISMISSED.